Mutual National Bank of Chicago, a National Banking Association, as Trustee Under the Provisions of a Trust Agreement Dated March 30, 1960, and Known as Trust No. 3385, Plaintiff-Appellee, v. City of Chicago, a Municipal Corporation, Defendant-Appellant.

Gen. No. 50,578.

First District, Second Division.

September 20, 1966.

Raymond F. Simon, Corporation Counsel, of Chicago (Sydney R. Drebin and Marsile J. Hughes, Assistant Corporation Counsel, of counsel), for appellant; Haskins, Maguire & Haskins, of Chicago (Robert E. Haskins and C. W. Eckert, of counsel), for appellee. Opinion by JUSTICE LYONS. Not to be published in full.